Plaintiff's Name JULIUS LEE JACKSON
Prisoner No. BD-2684
Institutional Address NORTH KERN STATE PRISON
B-3-145L-B-SEC.
P.O. BOX 4999
DELANO, CA, 93216

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JULIUS LEE JACKSON
*(Enter your full name)*

Case No. 5:23-cv-00695-VKD
*(Provided by the clerk upon filing)*

v.

ED BARBERINI CHEIF S.M.P.D
OFF. PHAYMANY SYVONGXAYS, M.P.D., THE SAN MATEO P.D., CARLOS BOLANOS S.M. CO. SHERIFF. M. VAZQUEZ #3712 OF THE S.M. CO. SHERIFF DEPT. AND JAIL. THE CITY OF SAN MATEO, THE COUNTY OF SAN MATEO, THE SAN MATEO COUNTY JAIL, AND THE SAN MATEO COUNTY SHERIFF DEPT.

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

*(Enter the full name(s) of all defendants in this action)*

## I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement NORTH KERN STATE PRISON, B-3-145L-B-SEC. P.O. BOX 4999, DELANO, CA, 93216

B. Is there a grievance procedure in this institution?  ☐ YES   ☒ NO   N/A

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☐ YES   ☒ NO   N/A

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: N/A

   2. First formal level: N/A

3.  Second formal level: __N/A__

4.  Third formal level: __N/A__

E.  Is the last level to which you appealed the highest level of appeal available to you?
    ☐ YES   ☒ NO   N/A

F.  If you did not present your claim for review through the grievance procedure, explain why.

THERE IS NO GRIEVANCE PROCEDURE AGAINST THE DEFENDANTS? THIS IS THE ONLY AVENUE FOR PLAINTIFF IN THIS ACTION!

## II. Parties.

A.  If there are additional plaintiffs besides you, write their name(s) and present address(es).

NONE

B.  For each defendant, provide full name, official position and place of employment.

ED BARBERINI CHIEF SAN MATEO POLICE DEPT. SAN MATEO P.D. OFFICER PHAYMANY SYVONGXAY, THE SAN MATEO POLICE DEPARTMENT, CARLOS BOLANOS SAN MATEO COUNTY SHERIFF, M. VAZQUEZ #372, OF THE SAN MATEO COUNTY SHERIFFS DEPT. & JAIL, THE CITY OF SAN MATEO, THE COUNTY OF SAN MATEO. AND THE SAN MATEO COUNTY JAIL. AND THE SAN MATEO COUNTY SHERIFFS DEPT.

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON 9-3-2022 ALL NAMED DEFEND. WORKED IN A CORRUPT ACT IN CONCERT TO SUBJECT PLAINTIFF TO CRULE AND UNUSAL PUNISHMENT, VIO, HIS 8th AMEND. U.S. CONST, AND HAD TRYED TO KILL PLAINTIFF BY INTENTIONALLY PLACEING INMATES IN HIS CELL WHO HAD JUST TESTED POSSITIVE FOR THE COVID-19 VIRUS ON 12-21-22,

ON 9-3-22 PLAINTIFF WAS ARRESTED BY DEFEND. BARBERINI, AND SYVONGXAY AND TAKEN TO SAN MATEO COUNTY JAIL AND BOOKED ON DRUG CHARGES THAT WERE LATER DROPPED 12-20-2022, ON 9-3-22, DEFEND. INTENTIONALLY PLANTED ILLEGAL DRUGS IN HIS CLOTHEING THAT HE WAS WEARING PRIOR TO TAKEING HIM TO JAIL. DEFEND. BOLANOS AND VAZQUEZ, LIED IN DOCUMENTS STATEING PLAINTIFF, HAD HANDED THEM THE ILLEGAL DRUGS THAT WERE FOUND IN HIS CLOTHEING ONCE INSIDE THE COUNTY JAIL 9-3-22, PRIOR TO 9-3-22, DEFEND. BARBERINI, AND SYVONGXAY HAD INTENTIONALLY BEEN STALKING PLAINTIFF, THREATING PLAINTIFF, AND GOING OUT OF THEIR PROFESSIONAL DUTY TO SET PLAINTIFF UP WITH BOGUS CASES AND CAUSE HIM UNJUST HARM, THESE ACTS BY DEFEND. HAS BEEN GOING ON FOR SEVERAL YEARS, WHERE IN 2016 DEFEND. USED A PHOTO SHOPPED PICTURE OF A BODY DOUBLE PERSON PRETENTING TO BE PLAINTIFF STANDING NEXT TO A VEHICLE DURING A SUPPOSELY ROBBERY SCEEN? THE SAID FLAKE PICTURE SENT PLAINTIFF TO (PRISON FOR APPX. 5½ YRS.) THEN IN 2001 DEFEND. USED THEIR CORRUPTED IN-FLUENCE TO HAVE A NOW (OUTTED SAN MATEO CO. SUPERIOR COURT JUDGE) VIOD OUT A NOT GUILTY VERDICT AND UNLAWFULLY DIRECTED A GUILTY VERDICT, PLAINTIFF DID (APPX. 14 YRS. ON A 25 YR. TO LIFE 3RD STRIKE) DEFEND. ACTIONS SHOW DELIBERATE INDIFFERENCE AND A CONTINUEAL PATTERN OF PAIN AND SUFFERING ON AND TO HIM OVER AND OVER AGAIN AND AGAIN, IN 1997 PLAINTIFF SERVED 4 YRS. IN PRISON FOR TROWING A BOTTLE OF BEER AT A WALL GIVING HIM A 2ND STRIKE. DEFEND. AGAIN SET HIM UP. USEING CORRUPTION AND THE ABUSE OF THE CHARGEING FUNCTION!

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

PLAINTIFF WANT PRUNITIVE AND MONITORY DAMAGES IN THE SUM OF $350,000,000.00, THREE HUNDRED AND FITTY MILLION DOLLARS APPX. TEN MILLION DOLLARS A YR. FOR EVER YR. PLAINTIFF WAS INCARCERATED BY DEFEND. AND OR CONSPRITORS WORKING IN CONCERT WITH THEM FROM 1984 TO TODAYS DATE 2-8-2023. DEFEND. TO PAY ALL COURT COST, LEGAL FEES AND TAXS, ETC.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  2-8-2023                    /s/ Julius Carlson
              Date                           Signature of Plaintiff