Return Address

**North Kern State Prison**

Name: Julius Jackson  CDCR#: BD-2684
Facility: B  Bldg.: 3  Cell: 145L-B-SEC
P.O. Box: 4999
Delano, CA 93216

Inmate Indigent Mail

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

Legal Mail
**STATE PRISON
GENERATED MAIL**

TO: The Clerk U.S. Dist. Court
For the Northern Dist. of California
450 Golden Gate Ave.
Box 36060
San Francisco, CA 94102

SANTA CLARITA CA 913
13 FEB 2023 PM 1 L

ZIP 93215 $ 000.60⁰
US POSTAGE PITNEY BOWES



**UNAUTHORIZED ITEMS WITHIN INMATE MAIL**

These items, if discovered within inmate mail will cause a delay in processing or Return to Sender.

- No padded envelopes.
- No musical greeting cards, videos, CD's and/or cassette tapes.
- **No Cash or Traveler Checks.**
- No Identification Cards, Credit Cards, Bankcards, and Phone Cards, etc.
- No Polaroid photographs, negatives, slides and photo albums. No photos depicting drugs and/or drug paraphernalia. No photographs, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts displays, or describes sexual penetration and such in a pervasive theme.
- NO gang related material, including gang signs and or affiliation.
- No tattoo patterns or trace paper. No jewelry.
- No items of clothing or food. No hard plastic, metal, wood items, magnets, rubber glue and/or glue.
- No mail containing unknown substance, any powder, liquid, and/or solids.
- No items which may threaten the safety and security of the institution, or any correspondence deemed circumventing of mail procedures.
- No Solicitation of funds (Money/Currency). No Pens or Pencils allowed.
- No Lipstick, Perfume, Cologne, or scents on the contents and/or envelope.
- All incoming mail must have full return address.

**AUTHORIZED ITEMS WITHIN INMATE MAIL**

These items are allowed with inmate incoming mail and should not cause a delay in processing.

- 40 Postage Stamps (Write Inmate's Name & CDCR# on stamps in case they are lost).
- 40 Blank or Embossed envelopes.
- 40 Sheets Paper, Typing or Writing (lined), White or Yellow.
- Personal letters, Greeting cards (NO Musical cards allowed).
- 15 Photographs (NO Polaroids with backing attached)
- Books, magazines and newspapers MUST be shipped/mailed directly from vendor (NO hardcover books).

**RECEIVED**

**FEB 15 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

#82658
2-10-23

**INDIGENT**