UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS LEE JACKSON,<br><br>            Plaintiff,<br><br>      v.<br><br>ED BARBERINI, et al.,<br><br>            Defendants. | Case No. 23-cv-00695 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __October 13, 2023__

                                                    /s/ Beth Labson Freeman
                                                    BETH LABSON FREEMAN
                                                    United States District Judge

Judgment
PRO-SE\BLF\CR.23\00695Jackson_judgment